IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MATTHEW RYAN DUNN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:22-CV-370-WKW |
| ) | [WO] |
| RUSSELL COUNTY JAIL, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On November 8, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 6.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is dismissed without prejudice.

DONE this 29th day of November, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE